FILED

APR 1 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADEJDA A. HRISTOVA,          )
                             )
           Plaintiff,         )
                             )
      v.                      )      Civil Action No.   11 0741
                             )
DEPARTMENT OF JUSTICE, *et al.*,   )
                             )
           Defendants.        )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. For the reasons discussed below, the complaint will be dismissed as frivolous.

In a rambling and disorganized complaint, plaintiff alleges that the United States Department of Justice, the National Security Agency, the Federal Bureau of Investigation, and, perhaps, other federal government agencies, are conducting surveillance in violation of the Fourth Amendment to the United States Constitution and various federal statutes, causing him unspecified physical injuries, emotional distress, and financial harm. Through this action, plaintiff demands injunctive relief and the release of any records pertaining to the surveillance.

The Court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(i). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of

1



3

cases whose factual contentions are clearly baseless. *Id.* at 328. The Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Mindful that a complaint filed by a *pro se* litigant is held to a less stringent standard than that applied to a formal pleading drafted by a lawyer, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court concludes that the factual contentions of the plaintiff's complaint are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

A separate Order accompanies this Memorandum Opinion.

United States District Judge

DATE: April 14, 2011